MYERS *v.* STATE.*

(Division A.   March 12, 1928.)

[115 So. 898.   No. 26878.]

CRIMINAL LAW. *On excessive sentence, supreme court will affirm in
    other respects and remand cause for new sentence (Heming-
    way's Code 1927, section 2297).*

Where sentence imposed exceeded that permitted by Hemingway's
    Code 1927, section 2297 (Laws 1918, chapter 189, section 17),
    supreme court on appeal will affirm judgment in all respects ex-
    cept as to sentence imposed, as to which cause will be remanded
    for new sentence.

*Corpus Juris-Cyc. References: Criminal Law, 17CJ, p. 371, n. 51.

APPEAL from circuit court of Simpson county.
HON. W. L. CRANFORD, Judge.
Sidney Myers appeals. Affirmed in part, and in part
reversed and remanded.

*A. M. Edwards,* for appellant.

*Rufus Creekmore,* Assistant Attorney-General, for the
state.

·Argued orally by *A. M. Edwards,* for appellant, and *Rufus Creekmore,* for the state.

SMITH, C. J. The only error committed in the court below is that the sentence·imposed exceeds that permitted by section .17, chapter 189, Laws of 1918 (Hemingway's 1927 Code, section. 2297). Consequently the judgment will be affirmed in all respects except as to the sentence imposed, as to which it will be reversed, and the cause will be remanded for a new sentence.

> *Reversed in part and remanded·*